PROB 12B
ED/AR (8/2002)

United States District Court

for the

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB -1 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Clinton Bell                Case Number: 4:04CR00268-001 JLH

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                       Chief United States District Judge

Offense:           Possession of a stolen firearm

Date of Sentence:  July 25, 2006

Sentence:          51 months Bureau of Prisons with credit for time served, 3 years supervised
                   release, mandatory drug testing, substance abuse treatment, and $100 special
                   penalty assessment

Type of Supervision:  Supervised release       Date Supervision Commenced: December 24, 2009
                                               Expiration Date: December 23, 2012

Asst. U.S. Attorney: John Ray White            Defense Attorney: Jerome Kearney

U.S. Probation Officer: Selina M. Earsa
Phone No.: 501-604-5258

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

### CAUSE

Mr. Bell's term of supervised release commenced on December 24, 2009. He currently resides with his spouse and mother-in-law in Little Rock and is actively searching for employment. He has submitted negative drug tests and had been referred to the Family Service Agency for substance abuse treatment. He appears to possess a positive attitude towards his supervision status.

He failed to report to the probation office for his intake within seventy-two hours of release, but reported for a scheduled intake on January 5, 2010. During this intake he requested mental health treatment as he reportedly received mental health treatment for the first time during his incarceration and was advised by his previous therapist to continue therapy in the form of individual sessions and medication evaluations. A recent telephone call received from Family Service Agency therapist, Marlyn Lipton, confirmed Mr.

Case 4:04-cr-00268-JLH   Document 65   Filed 02/01/10   Page 2 of 4

Prob 12B                          -2-                    Request for Modifying the
                                                    Conditions or Terms of Supervision
                                                         with Consent of the Offender

Name of Offender: Clinton Bell                Case Number: 4:04CR00268-001 JLH

Bell previously received a mental health intake from the facility when he was in the custody of the Bureau of Prison and Mr. Bell was found in need of services. On January 13, 2010, Mr. Bell participated in his substance abuse treatment intake and completed a mental health screening form which reflected he confirmed hearing voices, having nightmares and flashbacks, experiencing emotional problems, and believes he has a mental health problem and needs mental health treatment at this time.

On January 8, 2010, Mr. Bell requested to have his conditions modified to include mental health treatment and he agreed to have his term of supervised release modified to include mental health treatment. He signed the attached PROB 49, waiving his right to a hearing. Assistant Federal Public Defender Jerome Kearney was contacted and is in agreement with this modification.

_____               _____
Selina M. Earsa                          John Ray White
U.S. Probation Officer                   Assistant U.S. Attorney

Date: January 22, 2010                   Date: 01/28/10


This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

February 1, 2010
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Rebecca Fulper
Supervising U.S. Probation Officer

SME:jkr

Case 4:04-cr-00268-JLH   Document 65   Filed 02/01/10   Page 3 of 4

Prob 12B                            -3-                    Request for Modifying the
                                                     Conditions or Terms of Supervision
                                                          with Consent of the Offender

Name of Offender:  Clinton Bell                Case Number:  4:04CR00268-001  JLH

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490,
    Little Rock, AR  72201
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR  72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

Witness: _____  Signed: _____
U.S. Probation Officer                    Probationer or Supervised Releasee

1-8-2010
DATE